PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 20 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy    11:06 am

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Gabriel PornStarSalas #0565059
**Plaintiff's Name and ID Number**

100 N. Lamar Ft Worth TX 76196
**Place of Confinement**

**4-22CV-439-P**

CASE NO. _____
(Clerk will assign the number)

v.

Judge Wayne Salvant 401 W. Belknap Ft Worth TX 76195
**Defendant's Name and Address**

Sharen Wilson  401 W. Belknap Ft Worth TX 76195
**Defendant's Name and Address**

Lesa pamplin  401 W. Belknap St Ft Worth TX 76195
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

### Instructions to a Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

    - You must submit a judge's copy (a paper copy) of any document you file. If you want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

    - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. Promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Court's Local Civil Rules and the Federal Rules of Civil Procedure. Because the presiding judge is authorized to change how certain rules apply, you must read and follow the judge's orders in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is pro se). You must serve the opposing side by mail or another manner authorized by FED. R. CIV. P. 5 (b)(2). All documents must contain a Certificate of Service reflecting that you served the opposing side. This is an example of language you may use:

    - I hereby certify that on __(Date)__, I forwarded a copy of the foregoing document to _____, the attorney for (Defendant) at the address of _____.

        /Signature/

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:
            Plaintiff(s) N/A
            Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) N/A

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) Granted relief Mandory

        7. Approximate date of disposition: 2021/1/15

II.   PLACE OF PRESENT CONFINEMENT: ___Jail___

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ___Gabriel Pena Jose Sales___
___100 N. Lamar___
___Ft Worth TX 76106___

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ___Judge Wayne Salvant  Jail / court coch#2___
___401 W. Belknap ft worth TX 76118___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

___had me injured altering armal (and illegally holding m___

Defendant #2: ___Sharen Wilson District Attorny___
___401 W Belknap Ft Worth TX 76106___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

___altering records double jeprody___

Defendant #3: ___Less pamplin cttorney___
___401 W. Belknap Ft worth TX 76118___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

___denied release bond___

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 3-29-2022 on 4 Charges Case # 1595686, 1631338 1598196, 1714198 were dismissed due to insufficient evidence, the judge Wayne Salvant dismisses them but held On inmate Brooks Gasser & me Im filing under inmates danger of being physically injured Lega people attorney I paid 200 cash to get charges dropped but now the court CDC#2 has me with the charges Im paying Sharen Wilsn D.A Is tamping with my record and is adding dismissed charges to not release me Im suing for altering my criminal record in which I only have 4 charges to my name my brother Is An unmarried twin hed used my name

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

file Monetary relief 995,000,000 000.00 grant relief, get cases dismissed release inmate Sales + lawsuers Wave Survey Immunty arrest Judge/District Attorney for altering your record, release inmate Sales

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Gabriel

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

None

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): __N/A__

2.  Case number: __N/A__

3.  Approximate date sanctions were imposed: __N/A__

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES  ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed?          _____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division): _N/A_____

   2.  Case number: _____N/A_____

   3.  Approximate date warning was issued: _____N/A_____

Executed on: _5-14-22_
         DATE

                              (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____14th_____ day of _May_____, 20 _22_ .
          (Day)              (month)        (year)

                              (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

## REQUEST FOR SERVICES

DATE 04 - 16 - 22

CID # 0565059

DOB 08 - 10 - 83

FROM: Gabriel Sales
PRINT YOUR NAME

LOCATION 75D-18
Floor/Tank/Pod/Cell

**TO:   CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE**

| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
|---|---|---|
| CHAPLAIN | LAW LIBRARY | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL | | DENTAL |
| COURT DATE | CHARGE(S) | BOND. |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER | District Attorney | CDC # 2 |

**WRITE REQUEST HERE:**

All my Charger Were dismissed on 3-29-22
please Send Me Verification Sien

**ACTION TAKEN:**

all (4) Charges dismissed
on 8/29/22   Insufficient Evidence
per district attorney

**CONTROL**

**ANSWERED**

APR 19 2022

**RECEIVED**

APR 19 2022

gements for transcript, are grounds for Dismissal or ...........

B. This is to certify satisfactory financial arrangements have been made. Method of Payment:

☐ Private Funds;   ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);

☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☒ U.S. Government Funds

☐ Other   Express filling fee for Gabriel Coles      of $375.00   Express filling fee

Signature _____   Date Transcript Ordered   5-14-22

Print Name  Gabriel Ben Sar Soles

Counsel for  Gabriel Coles                         Phone (972) 848-3200

Address  Lou N. Lane Fort Worth TX 76106

Email of Attorney: _____

PART II  COURT REPORTER ...........

# *Tarrant County Sheriff's Office*
# *Grievance Response Form*

| G222349 | 3/7/2022 | GILBERT | | 30. OFFICER CONDUCT UNPR |
|---|---|---|---|---|
| ***Number*** | ***Received Date*** | ***Assigned To*** | ***Close Date*** | ***Classification*** |

| 75 D | SALAS, GABRIEL P | 0565059 |
|---|---|---|
| ***Housing*** | ***Name*** | ***CID*** |

***Grievance Response Summary***

MR. SALAS, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

District Attorney dismissed all 4 cases
bu reases to release me Jurisdiction on
expired Immigrant Docs

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

Gabriel Porn Star Salas # 056 5056
600 N. Lamar
Fort Worth TX. 76196

Legal Mail

NORTH TEXAS TX 750
18 MAY 2022PM 3 L

RECEIVED

US POSTAGE
$ 000.53

ZIP 76196
02 1W
0001399895 MAY 18 2022

MAY 20 2022
1020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US District Court-clerk
501 West tenth St. Rm. 310
Fort Worth TX. 76102

76102-975999